### HERRICK v
### CITY OF NEW YORK INS CO et

Ohio Appeals, 6th Dist, Huron Co

Decided May 25, 1935

Carpenter & Freeman, Norwalk, for plaintiffs in error.

Mooney, Bibbee & Edmonds, Columbus, and Young & Young, Norwalk, for defendants in error.

For full opinion see 4 OO 106; 50 Oh Ap 355.